# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0503
LT Case No. 35-2020-DP-000098

_____

K.S., MOTHER OF M.T., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Jason J. Nimeth, Judge.

David Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division, of
Statewide Guardian ad Litem, Tallahassee, for Guardian ad
Litem.

July 9, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____